UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID TACON,<br><br>                    Plaintiff,<br><br>-against-<br><br>CONTENT IQ LLC,<br><br>                    Defendant. | No. 20-CV-59 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Plaintiff's counsel Richard Liebowitz has been suspended from the practice of law in the Southern District of New York. See In the Matter of Richard Liebowitz, No. M-2-238 (S.D.N.Y. Nov. 25, 2020).  Within 60 days of the date of this Order, plaintiff David Tacon must either (a) appear through another attorney, or (b) inform the Court that he is proceeding pro se (without an attorney) by filing a completed and signed copy of the Notice of Pro Se Appearance (which is available on the Court's website at https://nysd.uscourts.gov/node/826). The Notice of Pro Se Appearance, as well as other pro se pleadings and papers in this action, may be filed through any one of the following three methods:

    a. **Drop off** the document in the drop box located in the lobby of the U.S. Courthouse at 500 Pearl Street, New York, NY, 10007.

    b. **Mail** the documents to the Pro Se Intake Unit in Room 105 in the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

    c. **Email** the documents to Temporary_Pro_Se_Filing@nysd.uscourts.gov. Instructions for filing documents by email may be found on the Court's website at nysd.uscourts.gov/forms/instructions-filing-documents-email.

In the event plaintiff fails to appear through counsel or pro se within 60 days of the date of this Order, the case may be dismissed for failure to prosecute.

    An attorney or paralegal from Mr. Liebowitz's firm, <u>other than Mr. Liebowitz</u>, shall serve a copy of this order on plaintiff, and file proof of service of same, no later than **December 28, 2020.**

<u>**SO ORDERED.**</u>

Dated:    December 10, 2020
            New York, New York

*/s/ Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge