```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| DAVID TACON,<br><br>　　　　　　Plaintiff,<br><br>　　-against-<br><br>CONTENT IQ LLC,<br><br>　　　　　　Defendant. | No. 20-CV-59 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

　　The conference scheduled for February 10, 2021 at 12:30 p.m. will occur as a teleconference using the dial-in 877-402-9753, access code: 6545179.

**SO ORDERED.**

Dated:　February 5, 2021
　　　　New York, New York

　　　　　　　　　　　　　　　　　　_Loretta A. Preska_
　　　　　　　　　　　　　　　　　　LORETTA A. PRESKA, U.S.D.J.