```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| DAVID TACON,<br><br>             Plaintiff,<br><br>     -against-<br><br> CONTENT IQ LLC,<br><br>             Defendant. | No. 20-CV-59 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

   Counsel shall confer and inform the Court by letter no later than March 10, 2021 as to the status of the action.

**SO ORDERED.**

Dated:  February 10, 2021
        New York, New York

*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.